UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

         - against -

MARIO G. NUNES,

         Defendant(s).

-------------------------------------------------------------X

**ORDER**

21 CR 727-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    Defendant is ORDERED to self surrender to the Unites States Marshals Service at the U.S. District Courthouse, 300 Quarropas Street, White Plains, NY 10601 at 12:00 pm on Tuesday, July 5, 2022 or the designated Bureau of Prisons facility.

SO ORDERED.

Dated:    White Plains, New York
             July 5, 2022

_____
Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2022